# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:92-CR-00181-PMP |
| Plaintiff, | **ORDER** |
| vs. | |
| RAMON EDMOND | |
| Defendant. | |

Before the Court for consideration is Defendant Ramon Edmond's Motion to Reduce Sentence Pursuant to Amendment 599 to the United States Sentencing Guidelines § 2K2.4 (Doc. #356), filed October 24, 2011. On November 1, 2011, Plaintiff United States filed its Response in Opposition to Defendant Edmond's Motion (Doc. #358). Having read and considered the foregoing, the Court finds that Defendant Edmond's Motion must be denied.

Specifically, as argued by Plaintiff United States in its Response (Doc. #358), Amendment 599 did not alter any substantive aspect of that portion of the United States Sentencing Guidelines § 2K2.4, note 2, upon which the Court relied in imposing the original sentence in this case.

**IT IS THEREFORE ORDERED that** Defendant Ramon Edmond's Motion to Reduce Sentence Pursuant to Amendment 599 to the United States Sentencing Guidelines § 2K2.4 (Doc. #356) is **DENIED**.

DATED: November 15, 2011.

_____
PHILIP M. PRO
United States District Judge