# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:92-CR-181 JCM (NA) |
| Plaintiff(s), | ORDER |
| v. | |
| RAMON EDMOND, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* defendant Ramon Edmond's motion for appointment of counsel to seek early termination of supervised release. (ECF No. 406).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the federal public defender is appointed as counsel to represent the defendant unless the federal public defender declines the appointment, on the basis of a conflict, no later than fourteen (14) days from the date of this order.

IT IS FURTHER ORDERED that the clerk of court shall distribute a copy of the document filed by the defendant to the federal public defender, the United States attorney, and the U.S. probation office forthwith.

IT IS FURTHER ORDERED that the United States attorney or the federal public defender may request that the probation office provide the defendant's disciplinary records from the Bureau of Prisons. If the United States attorney or the federal public defender makes such a request, the disciplinary records shall be served on the federal public defender, the United States attorney, and the court within thirty (30) days after receiving the request unless for good cause the time is extended.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the federal public defender shall, within 120 days of this order, file any appropriate motion or stipulation. If the federal public defender files a motion for early termination of supervision, the United States attorney shall serve any response to such motion within twenty-one (21) days of the filing of that motion unless for good cause the time is extended.

IT IS FURTHER ORDERED that defendant shall submit an updated financial affidavit, under seal, to establish that he cannot afford to retain private counsel.

DATED August 30, 2017.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE